In the Matter of the Administration of the Estate of LOUIS E. BABCOCK, Deceased.

GOULD PAPER COMPANY et al., Appellants; WILLIAM L. BABCOCK et al., as Administrators, Respondents.

Reported below, 169 App. Div. 903.
(Argued September 27, 1915; decided October 5, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 14, 1915, which affirmed a decree of the Lewis County Surrogate's Court in a proceeding for the discovery of assets.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and that no question of law was involved which the Court of Appeals had power to review.

*William Townsend* for motion.

*Henry Purcell* opposed.

Motion denied, with ten dollars costs.